No. —————. ROMAN NOSE *v.* NEW MEXICO DEPARTMENT OF HUMAN RESOURCES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–1319. IN RE DISBARMENT OF COHN. Disbarment entered. [For earlier order herein, see *ante,* p. 941.]

No. D–1322. IN RE DISBARMENT OF IVERSON. Disbarment entered. [For earlier order herein, see *ante,* p. 961.]

No. D–1325. IN RE DISBARMENT OF SAVOCA. Disbarment entered. [For earlier order herein, see *ante,* p. 974.]

No. D–1326. IN RE DISBARMENT OF LOBAR. Disbarment entered. [For earlier order herein, see *ante,* p. 974.]

No. D–1327. IN RE DISBARMENT OF WOLFE. Disbarment entered. [For earlier order herein, see *ante,* p. 974.]

No. D–1329. IN RE DISBARMENT OF KRINDLE. Disbarment entered. [For earlier order herein, see *ante,* p. 974.]

No. D–1332. IN RE DISBARMENT OF DAYS. Disbarment entered. [For earlier order herein, see *ante,* p. 987.]

No. D–1334. IN RE DISBARMENT OF BOYNE. Disbarment entered. [For earlier order herein, see *ante,* p. 1008.]

No. D–1335. IN RE DISBARMENT OF KRISTOFF. Disbarment entered. [For earlier order herein, see *ante,* p. 1021.]

No. D–1337. IN RE DISBARMENT OF AGRILLO. Disbarment entered. [For earlier order herein, see *ante,* p. 1022.]

No. D–1340. IN RE DISBARMENT OF KENNEDY. Beverly B. Kennedy, of Manchester, N. H., having requested to resign as a member of the Bar of this Court, it is ordered that her name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 10, 1994 [*ante,* p. 1035], is hereby discharged.

No. 92–1662. UNITED STATES *v.* GRANDERSON. C. A. 11th Cir. [Certiorari granted, 509 U. S. 921.] Motion of respondent for leave to file a supplemental brief after argument granted.